# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LINDA S. STEPHENS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Civil No.　17-cv-391-JPG-CJP |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States District Judge J. Phil Gilbert, the Commissioner's final decision denying plaintiff's application for social security benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. § 405(g).

Judgment is entered in favor of plaintiff Linda S. Stephens and against defendant Nancy A. Berryhill, Acting Commissioner of Social Security.

　　　DATED: March 28, 2018

　　　　　　　　　　　　　　　　　　　　　　**JUSTINE FLANAGAN,**
　　　　　　　　　　　　　　　　　　　　　　**Acting Clerk of Court**

　　　　　　　　　　　　　　　　　　　　　　**BY: s/Tina Gray**
　　　　　　　　　　　　　　　　　　　　　　　　　**Deputy Clerk**

**Approved:**
**s/ J. Phil Gilbert**
**J. PHIL GILBERT**
**U.S. District Judge**